FILED
CLERK, U.S. DISTRICT COURT

Oct 17, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Credit Center, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Fred Beans Ford, Inc. a Pennsylvania corporation, dba Fred Beans Ford Lincoln Mitsubishi and Fred Beans Hyundai and Fred Beans Buick Pontiac GMC; et al.,<br><br>    Defendants. | Case No. 2:16-CV-03951-SVW-Ex<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>JS-6 |

The Court having considered the stipulation of the Parties and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. All Parties to bear their own costs.

DATED: October 17, 2016              By: /s/ Stephen V. Wilson

Stephen V. Wilson

501635.1